**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

_____

| | |
|---|---|
| TEDOR DAVIDO, | : |
| Appellant, | : |
| v. | : No. 22-9000 |
| | : |
| SECRETARY PENNSYLVANIA | : CAPITAL CASE |
| DEPARTMENT OF CORRECTIONS, et al. | : |
| Appellees | : |

_____

_____

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME IN WHICH TO FILE REPLY BRIEF**

_____

Appellant, Tedor Davido, through undersigned counsel, respectfully requests that this Court grant him an extension of time of sixty days (60) in which to file his Reply Brief.

1. This is a capital habeas corpus proceeding. The District Court denied Mr. Davido's request for relief from his convictions and death sentence. The District Court also denied COA. *Davido v. Beard*, No. 06-cv-0917, 2021 WL 3051904 (E.D. Pa. July 20, 2021).

2. Mr. Davido filed his Initial Brief in this Court on January 5, 2024. Earlier this month, on June 5, 2024, Appellees filed its brief.

3. Mr. Davido's reply brief is currently due June 26, 2024.

4. Undersigned counsel has had numerous obligations this month which have interfered with his ability to complete this reply brief. Counsel was out of the country on a work-related trip for nearly two weeks this month. Last week, Counsel was in Idaho to deliver oral argument in another capital case. In addition to the obligations of the past month, counsel's office represents a client with an execution date in 21 days. Ruben Gutierrez is scheduled to be executed in Texas on July 16. With this impending execution and additional conflicting obligations in numerous capital cases, Counsel seeks additional time to file the reply brief.

5. Counsel for the Commonwealth, Susan Affronti, Esquire, has no objection to this request.

WHEREFORE, Mr. Davido respectfully requests that this Court extend the time for filing the brief and appendix by sixty (60) days, i.e., until Saturday August 24, 2024.

Respectfully submitted,

/s/ Eric Montroy
ERIC J. MONTROY
Supervisory Assistant Federal Defender
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

Dated: June 25, 2024

# CERTIFICATE OF SERVICE

I, Eric Montroy, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on June 25, 2024, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through Electronic Case Filing on:

Susan Affronti, Esquire
Senior Deputy Attorney General
Coordinator of Habeas Litigation
Office of the Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

/s/ Eric Montroy
Eric Montroy
Assistant Federal Defender