# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

TEDOR DAVIDO,

    Appellant,

    v.

SECRETARY PENNSYLVANIA
DEPARTMENT OF CORRECTIONS, et al.

    Appellees

No. 22-9000

CAPITAL CASE

_____

### APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF
_____

    Appellant, Tedor Davido, through undersigned counsel, respectfully requests that this Court grant him an extension of time of thirty days (30) in which to file his Reply Brief.

    1.    This is a capital habeas corpus proceeding. The District Court denied Mr. Davido's request for relief from his convictions and death sentence. The District Court also denied COA. *Davido v. Beard*, No. 06-cv-0917, 2021 WL 3051904 (E.D. Pa. July 20, 2021).

    2.    Mr. Davido filed his Initial Brief in this Court on January 5, 2024. On June 5, 2024, Appellees filed its brief.

    3.    Mr. Davido's reply brief is currently due October 10, 2024. This Court has previously granted one extension for the filing of this brief.

4.     Due to a recurring problem with Legionnaires disease at SCI Phoenix, the institution where Mr. Davido lives, counsel has had to cancel plans to meet and consult with Mr. Davido about this brief. Counsel's office, the Federal Community Defender, currently has paused all legal visits with clients at SCI Phoenix due to health concerns related to Legionnaires. Counsel is currently unable to meet with Mr. Davido to discuss the reply brief in advance of the current October 10, 2024 due date. Counsel is seeking a thirty-day extension with the hope that the Legionnaires problem at SCI Phoenix will be resolved so he will be able to consult with Mr. Davido about the reply brief prior to filing it.

5.     Counsel for the Commonwealth, Susan Affronti, Esquire, has no objection to this request.

WHEREFORE, Mr. Davido respectfully requests that this Court extend the time for filing the brief by thirty (30) days, i.e., until November 9, 2024.

Respectfully submitted,

/s/ Eric Montroy
ERIC J. MONTROY
Supervisory Assistant Federal Defender
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
215-928-0520

Dated:  October 2, 2024

# CERTIFICATE OF SERVICE

I, Eric Montroy, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on October 2, 2024, I caused a copy of the foregoing motion for extension of time to be filed and served electronically through Electronic Case Filing on:

>Susan Affronti, Esquire
>Senior Deputy Attorney General
>Coordinator of Habeas Litigation
>Office of the Attorney General
>16th Floor, Strawberry Square
>Harrisburg, PA 17120

>/s/ Eric Montroy
>Eric Montroy
>Assistant Federal Defender