# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

|  |  |
|---|---|
| **TEDOR DAVIDO**, | : <br> : <br> : No. 22-9000 <br> : <br> : **THIS IS A CAPITAL CASE** <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Petitioner-Appellant, | |
| v. | |
| **SECRETARY, PA. DEPT. OF CORRECTIONS, et al.,** | |
| Respondents-Appellees. | |

## REPLY TO APPELLEE'S RESPONSE TO APPELLANT'S MOTION TO STRIKE APPELLEES' SUPPLEMENTAL APPENDIX

Appellees include materials that were not part of the district court record in their Supplemental Appendix, so these materials must be struck. FRAP Rule 30. The Statements, SA010-049, and Report, SA055-056, introduced in the Supplemental Appendix were not introduced before the district court and were not presented to the state court. These materials are not part of the state court record nor the district court record; therefore, this Court should not consider them for the first time on appeal. Rule 30 of the Federal Rules of Appellate Procedure prohibits introduction of new evidence on appeal for this very reason. *See United States v. Burke*, 781 F.2d 1234, 1246 (7th Cir. 1985) (The purpose of Rules 10(a) and 30 is to limit the record to what was before the district court). The content of materials introduced on appeal and

argument about the merits of the case are irrelevant to a clear violation of the Federal Rules of Appellate Procedure. *See Kovalev v. City of Philadelphia*, 362 Fed. Appx. 330, 332 (3d Cir. 2010) (granting motion to strike portion of a supplemental appendix that was not provided to the District Court); *Venuto v. Carella, Byrne, Bain, Gilfillan, Cecchi & Stewart, P.C.*, 11 F.3d 385 (3d Cir. 1993) (granting motion to strike portions of appendix that presented material outside the district court record); *Hinton v. Dep't of Just.*, 844 F.2d 126, 130 n.1 (3d Cir. 1988) (granting motion to strike portion of an appendix that was not part of the lower court record).

Appellant did not have an opportunity to challenge the supplemental appendix within the 10 days provided by the Rule 27 of the Federal Rules of Appellate Procedure because the Court granted Appellees' Motion for Leave to File a Supplemental Appendix (ECF No. 53) just five days after the motion was filed. ECF No. 60. Rather than respond to the supplemental appendix pursuant to Rule 27, Appellant filed a Motion to Strike the Supplemental Appendix. *See Kovalev,* 362 Fed. Appx. at 332 (granting motion to strike portion of a supplemental appendix).

Appellees do not to point to any legal authority that allows them to introduce materials that are not in the state court nor the district court records. The Commonwealth's desire to now rely on evidence it failed to introduce at any previous proceeding does not justify admitting materials beyond the record.

Because this is a capital habeas case involving review of state court decisions, Appellant also noted in his motion to strike that the Field Reports, SA001-009, were

not part of the state court record. While they were presented before the district court by Appellant on a claim unrelated to those now before this Court, the state court did not consider these materials. When reviewing a state court judgment, this Court is constrained to the "evidence presented in the state court proceeding," so it should not consider the Field Reports in its review of state court judgments. 28 U.S.C. § 2254(d)(2).

Appellant requests this Court grant the Motion to Strike the above portions of Appellees' Supplemental Appendix.

Respectfully submitted,

*/s/ Eric J. Montroy*
ERIC J. MONTROY
SONALI SHAHI
Assistant Federal Defenders
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

*Counsel for Appellant, Tedor Davido*

Dated:  December 2, 2024

# CERTIFICATE OF SERVICE

I, Eric Montroy, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Reply to Appellees' Response to Motion to Strike Appellees' Supplemental Appendix upon Susan Affronti, Senior Deputy Attorney General, through the Third Circuit Court of Appeals' Electronic Case Filing (CM/ECF) system.

*/s/ Eric Montroy*
ERIC MONTROY

DATED:  December 2, 2024