UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-9000

TEDOR DAVIDO,
                                  Appellant
v.

SECRETARY PENNSYLVANIA DEPARTMENT OF CORRECTIONS;
SUPERINTENDENT GREENE SCI;
SUPERINTENDENT ROCKVIEW SCI

(E.D. Pa. No. 2:06-cv-00917)

Present: CHAGARES, Chief Judge, MATEY, and AMBRO, Circuit Judges

1) Motion filed by Appellant Tedor Davido to Strike Appellees' Supplemental Appendix;

2) Response filed by Appellees Secretary Pennsylvania Department of Corrections, Superintendent Greene SCI and Superintendent Rockview SCI in Opposition to Motion to Strike

3) Reply filed by Appellant Tedor Davido to Appellees' Response to Appellant's Motion to Strike Appellees' Supplemental Appendix.

                                                                  Respectfully,
                                                                  Clerk/EAF

_____ORDER_____
The foregoing motion is **DENIED**.

                                                                  By the Court,

                                                                  s/ Paul B. Matey
                                                                  Circuit Judge

Dated: February 4, 2025
EAF/cc:       All Counsel of Record